ELIZABETH HALL ET AL., PLAINTIFFS, v. LOUIS FER-
RIERO ET AL., DEFENDANTS.

Submitted November term, 1923—Decided March 4, 1924.

**Negligence—Motor Vehicle Bus Injury—Examination Leads to
Conclusion that Verdict Should Not be Disturbed.**

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

For the plaintiff, *Grosken & Moriarity* and *Wilbur A.
Heisley.*

For the defendant Louis Ferriero, *John J. Murphy.*

For the defendants, *Warren L. Beardsley, Lester T. Smith*
and *Jacob Schneider.*

PER CURIAM.

This suit was brought to recover damages for personal
injuries to Elizabeth Hall, the infant daughter of Raymond
S. Hall, and for consequential damages to Raymond S. Hall,
as the father of Elizabeth Hall. Elizabeth Hall was a pas-
senger in a jitney bus, which collided with an automobile
driven by Louis Ferriero, one of the defendants. The trial
resulted in a verdict and judgment of $5,000 in favor of the
infant and $2,500 in favor of the father against all the de-
fendants. A rule to show cause was allowed limited to the
question of damages, and also to the question of newly-dis-
covered evidence as related to the question of damages.

Our examination of the record leads us to the conclusion
that the verdicts should not be disturbed, except in one par-
ticular. We think, under the evidence, the verdict of $2,500,
in favor of the father, Raymond S. Hall, is excessive, and
should be reduced to $1,500. If he will remit the excess the
verdict will stand for $1,500, and the rule to show cause in

each case will be discharged, but without costs. Otherwise, the rule will be made absolute as to the plaintiff Raymond S. Hall and discharged as to Elizabeth Hall.